**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 16-6806**

---

ABDUL-AZIZ RASHID MUHAMMAD,

     Plaintiff - Appellant,

      v.

KATHERINE LAYBOURN, Physician/Clinical Director (acting) (MD/CD); R. L. HUTCHINGS, Associate Warden (AW); CHARLES E. SAMUELS, JR., Director of Bureau of Prisons (DBOP); UNKNOWN OTHERS,

     Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:15-cv-00762-HEH-RCY)

---

Submitted: July 20, 2017                Decided: July 24, 2017

---

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Abdul-Aziz Rashid Muhammad, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul-Aziz Rashid Muhammad appeals the district court's order denying him leave to proceed in forma pauperis and dismissing his complaint without prejudice to his ability to refile upon payment of the fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Laybourn*, No. 3:15-cv-00762-HEH-RCY (E.D. Va. Apr. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*